No. 92–5582.  MITCHELL v. BASS.  C. A. 6th Cir.  Certiorari denied.

No. 92–5583.  PETERS v. ARMONTROUT, ASSISTANT DIRECTOR/ ZONE II, DIVISION OF ADULT INSTITUTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 92–5585.  PICKARD v. COMMITTEES ON CHARACTER AND FITNESS FOR THE SECOND JUDICIAL DEPARTMENT.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 92–5586.  TWYMAN v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 92–5588.  HOWER v. OHIO.  Ct. App. Ohio, Auglaize County.  Certiorari denied.

No. 92–5589.  HIGGASON v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–5590.  LEISURE v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 92–5591.  TAYLOR v. BARBER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–5598.  TUCKER v. SHERATON CENTURY HOTEL.  C. A. 11th Cir.  Certiorari denied.

No. 92–5600.  YOUNG v. ZENON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 92–5601.  BOYD v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 92–5605.  WINTERS v. IOWA STATE UNIVERSITY.  C. A. 7th Cir.  Certiorari denied.

No. 92–5606.  DIXON v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 92–5612.  DELEGAL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.